**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** May 8, 2023 |
| **USA v. Daniel Thomas Doria** | **Case Number:** 23-04082MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Dondi Jean Osborne
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**STATUS HEARING:**
Defense Counsel advised the Court that discovery has not been received nor has a plea offer been made.

**Status Hearing** set for Friday, June 9, 2023 at 10:30 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                                                                 **SH     5 min**
**Deputy Clerk** Christina Davison

**Start:  10:59 am**
**Stop:   11:04 am**