**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** June 9, 2023 |
| **USA v. Daniel Thomas Doria** | **Case Number:** 23-04082MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Paul V. Stearns for Dondi Jean Osborne
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☐ Present   ☒ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**STATUS HEARING:**
Defense Counsel waives Defendant's appearance. Defense Counsel advises the Court that discovery has been received and parties are engaging in plea negotiations.

**Status Hearing possible Change of Plea** set for Friday, June 23, 2023 at 10:15 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                      SH   3 min
**Deputy Clerk** Christina Davison

                                                                Start: 10:30 am
                                                                Stop:  10:33 am