**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** June 23, 2023 |
| **USA v. Daniel Thomas Doria** | **Case Number:** 23-04082MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Dondi Jean Osborne
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**CHANGE OF PLEA HEARING**

☒  Plea of Guilty entered as to Citation FDVI007V.

☒  Citation FDVI007W and Citation FDVI007X to be dismissed upon entry of judgment.

☒  Court accepts Defendant's plea and finds plea to be freely and voluntarily given.

   Plea agreement:     ☐ Lodged     ☒ Filed     ☐ No Written Agreement Filed

☐ PSI ORDERED    ☐ EXPEDITED    ☐ PSI waived    ☒ Time waived for passage of sentence

**SENTENCING**

☒ Defendant shall serve a term of Supervised Probation for a period of One (1) Year on Citation FDVI007V.

☒ Special Assessment $10.00

☒ Fine Waived

☒ Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant, IT IS ORDERED that Citation FDVI007W and Citation FDVI007X be dismissed.

**Recorded By** Courtsmart                                   COP  9 min
**Deputy Clerk** Christina Davison                            Sent  14 min

                                                              Start: 10:42 am
                                                              Stop: 11:05 am